IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES CROAK, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 16-6670 |
| THOMAS S. MCGINLEY, et al., | : | |
| Respondents. | : | |

## ORDER

C. DARNELL JONES, J.,

AND NOW, this /5/ day of May, 2017, upon careful and independent consideration of the Petition for Writ of Habeas Corpus and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

C. DARNELL JONES, J.

FILED
MAY 15 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

ENTERED
MAY 16 2017
CLERK OF COURT